IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS EDWARD FITZMAURICE, : CHAPTER 13
TERRY LYNN FITZMAURICE :
:
Debtors. : CASE No 5:18-bk-01919-RNO

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129 (a) (14), 1225 (a) (7), AND 1325 (a) (8) and (a) (9)

Debtors, Dennis Edward Fitzmaurice and Terry Lynn Fitzmaurice, upon their oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on October 12, 2018.

2. That all post-petition amounts, required to be paid under any and all Domestic Support Obligations, have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. §1308, have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for the Debtors, that the Debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we would be subject to punishment.

DATED: September 25, 2018      BY: /s/ Patrick J. Best
                                Counsel for Debtor

DATED: September 25, 2018      BY: /s/ Dennis Edward Fitzmaurice
                                Debtor

DATED: September 25, 2018      BY: /s/ Terry Lynn Fitzmaurice
                                Debtor