UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DENNIS EDWARD FITZMAURICE and TERRY LYNN FITZMAURICE  Debtors | : : : : | CHAPTER 13 |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE  Movant | : : : : | |
| vs. | : : | |
| DENNIS EDWARD FITZMAURICE and TERRY LYNN FITZMAURICE  Respondents | : : : : | CASE NO. 5-18-bk-01919-RNO  OBJECTION TO MOTION FOR AUTHORITY TO SELL |

ORDER

Upon consideration of the Trustee's Objection to Debtors' Motion for Authority to sell Estate Property,

IT IS HEREBY ORDERED that the Debtors' Motion to is denied.