```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                   Case No. 18-01919-RNO
Dennis Edward Fitzmaurice                                                Chapter 13
Terry Lynn Fitzmaurice
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 4              Date Rcvd: Mar 09, 2020
                              Form ID: pdf010              Total Noticed: 126


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db/jdb        +Dennis Edward Fitzmaurice,    Terry Lynn Fitzmaurice,    149 Center Street,
                East Stroudsburg, PA 18301-2941
cr            +Borough of East Stroudsburg,    24 Analomink Street,    East Stroudsburg, PA 18301-2801
5058234        ARM Lawyers,    202 Delaware Ave,    Palmerton, PA 18071-1849
5058239        Apex Asset Management,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
5058240        Ars Account Resolution,    1643 NW 136th Ave Ste 1,    Sunrise, FL 33323-2857
5058244       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk of Amer,      PO Box 982238,    El Paso, TX 79998-2238)
5058242        Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
5058243        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5064793       +C TECH COLLECTIONS, INC.,    5505 NESCONSET HWY - STE 200,    MT. SINAI , NY 11766-2026
5058246        C teen collections inc,    PO Box 402,    Mount Sinai, NY 11766-0402
5058247       +C.Tech Collections Inc.,    P.O. Box 402,    Mt. Sinai, NY 11766-0402
5078733        CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5077350        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5058252        Ccb/sahalie,    PO Box 182120,    Columbus, OH 43218-2120
5058253       +Citibank South Dakota   N.a.,    701 E 60th Street N,    Sioux Falls, SD 57104-0493
5058260       +Coordinated Health,    505 Independence Rd,    East Stroudsburg, PA 18301-7916
5058261        Coordinated Health Hospital - Allentown,     250 Cetronia Rd,    Allentown, PA 18104-9147
5058265        Debt Rec Sol,   6800 Jericho Tpke,     Syosset, NY 11791-4436
5058266        Dr. Peter Ricciato,    1036 N 9th St,    Stroudsburg, PA 18360-1210
5058267        Dr. Stephen Rudnick,    1036 N 9th St,    Stroudsburg, PA 18360-1210
5058268        Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
5058269        East Stroudsburg Borough,    24 Analomink St,    East Stroudsburg, PA 18301-2801
5058270        Emergency Physician Associates of PA,     PO Box 740021,    Cincinnati, OH 45274-0021
5079972        Emergency Physician Associates of PA, PC,     PO Box 1123,    Minneapolis, MN 55440-1123
5058271        Express Scripts,    PO Box 52150,    Phoenix, AZ 85072-2150
5058272        Family Care Centers Inc.,    P.O. Box 827658,    Philadelphia, PA 19182-7658
5058273        Financial Recovery,    PO Box 1388,    Mount Laurel, NJ 08054-7388
5058232        Fitzmaurice Dennis Edward,    149 Center St,    East Stroudsburg, PA 18301-2941
5058233        Fitzmaurice Terry Lynn,    149 Center St,    East Stroudsburg, PA 18301-2941
5058274        Geisinger Health Systems,    P.O. Box 27727,    Newark, NJ 07101-7727
5058276        HCFS Healthcare Financial Services LLC,     Akron Billing Center,    3585 Ridge Park Dr,
                Akron, OH 44333-8203
5058278        HRRG,   P.O. Box 459080,    Sunrise, FL 33345-9080
5058277       +Heart Care Of The Poconos P.C.,    505 Independence Road #B,     East Stroudsburg, PA 18301-7916
5058279        Intensity Modulated Radiation,     712 Main St,   Moosic, PA 18507-1094
5058284        Kay Jewelers/Genesis,    15220 NW Greenbrier Pkwy Ste,    Beaverton, OR 97006-5744
5058285       +Keystone Collection Group,    P.O. Box 499,    Irwin, PA 15642-0499
5058288        Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
5058289        Lehigh Valley Hospital - Muhlenberg,     P.O. Box 8500 #7821,    Philadelphia, PA 19178-7821
5058290        Lehigh Valley Physicians Group,     P.O. Box 8500 Box #4096,    Philadelphia, PA 19178-4096
5058291        McClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
5058292       +Medical Imaging Of Lehigh Valley,     P.O. Box 3226,    Allentown, PA 18106-0226
5058296       +Monroe Pathologists,    P.O. Box 808,    East Stroudsburg, PA 18301-4108
5058298       +Mountain Valley Orthopedics P.C.,     600 Plaza Court, Suite C,    East Stroudsburg, PA 18301-8263
5058302        North American Partners in Anethesia,     P.O. Box 275,    Glen Head, NY 11545-0275
5058310       ++PNC BANK,   6750 MILLER ROAD,    BRECKSVILLE OH 44141-3239
              (address filed with court: Pnc Bank,     Attn: Bankruptcy Department,
                6750 Miller Road Mailstop Br,    Brecksville, OH 44141)
5083868       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
5061286        POCONO MEDICAL CENTER HOSPITALSTS,     WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
                KNOXVILLE,TN 37950-0250
5058303       +Peerless Credit Services Inc.,    P.O. Box 518,    Middletown, PA 17057-0518
5058307       +Pennsylvania HM Associates PC,     P.O. Box 630707,    Cincinnati, OH 45263-0707
5079973        Pennsylvania HM Associates, PC,     PO Box 1123,    Minneapolis, MN 55440-1123
5058306        Pennsylvania Hm Associates Pc,     PO Box 638244,    Cincinnati, OH 45263-8244
5058308       +Pinnacle Receivables,    P.O. Box 51058,    Myrtle Beach, SC 29579-0018
5058309       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
5058311       #Pocono Advanced Medical Clinic,    144 E Brown St,    East Stroudsburg, PA 18301-2922
5058312       +Pocono Eye Associates Inc.,    300 Plaza Court, Suite A,    East Stroudsburg, PA 18301-8260
5058314        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
5058315       +Pocono Medical Center Hospital,     206 E Brown St,    East Stroudsburg, PA 18301-3094
5058316       +Pocono Medical Center Physicians Group,     206 E Brown St,    East Stroudsburg, PA 18301-3094
5058317       #Pocono Neurology Associates,    144 E Brown St,    East Stroudsburg, PA 18301-2922
5058318        Professional Anes Service,    PO Box 4640,    Rutherford, NJ 07070-0464
5058319        Professional Anesthesia Services,     PO Box 65008,    Baltimore, MD 21264-5008
5058320       +Progressive Physician Associates,     P.O. Box 4338,    Columbus, GA 31914-0338
5058321        Quest Diagnostic,    P.O. Box 740775,    Cincinnati, OH 45274-0775
5058325        RSI Enterprises, Inc,    PO Box 16190,    Phoenix, AZ 85011-6190
5058322        Recon Orthopedics,    4 Eves Dr Apt A,    Marlton, NJ 08053-3195
5058323        Remex, Inc,    PO Box 765,    Rocky Hill, NJ 08553-0765
```

```
5058324         Royal Homestar LLC,    2710 Emrick Blvd,   Bethlehem, PA 18020-8012
5058326         Sacred Heart Healthcare Systems,    PO Box 37843,   Baltimore, MD 21297-7843
5058327         Southwestern Regional Medical Center,    10109 E 79th St,   Tulsa, OK 74133-4564
5058328         St. Lukes Physicians Group,    P.O. Box 5386,   Bethlehem, PA 18015-0386
5058329         Suburban EMS,    PO Box 3339,   Palmer, PA 18043-3339
5058332         Tri-State Adju Inc,    PO Box 3219,   La Crosse, WI 54602-3219
5058333         UGI,    PO Box 15503,   Wilmington, DE 19850-5503
5058335         Valley Kidney Specialist,    125 S Courtland St,   East Stroudsburg, PA 18301-2804
5058337         Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   PO Box 8053,
                 Mason, OH 45040-8053
5058338         Wakefield & Associates,    7005 Middlebrook Pike,   Knoxville, TN 37909-1156
5058339         Wells Fargo Dealer Services,    Attn: Bankruptcy,   PO Box 19657,   Irvine, CA 92623-9657
5058340         Wells Fargo Dealer Svc,    PO Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 09 2020 19:35:18
                 Americredit Financial Services, Inc dba GM Financi,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
5058236         E-mail/Text: ebn@americollect.com Mar 09 2020 19:35:41      Americollect Inc,    PO Box 1566,
                 Manitowoc, WI 54221-1566
5068533         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 09 2020 19:35:18
                 Americredit Financial Services, Inc.,    Dba GM Financial,   P.O. Box 183853,
                 Arlington, TX 76096
5084346         E-mail/Text: DocumentFiling@lciinc.com Mar 09 2020 19:33:43      Antero Capital, LLC,
                 PO BOX 1931,   Burlingame CA 94011
5058235         E-mail/Text: Bankruptcies@nragroup.com Mar 09 2020 19:36:04      American Agencies LLC,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
5058238         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 09 2020 19:35:18
                 Americredit/Gm Financial,    Attn: Bankruptcy,   PO Box 183853,   Arlington, TX 76096-3853
5058245         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:23      Bon Ton,    PO Box 182125,
                 Columbus, OH 43218-2125
5058249         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2020 19:41:09      Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238-1119
5058248         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2020 19:41:09      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
5079332         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2020 19:41:09
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
5058250         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 09 2020 19:40:48      Cardworks/CW Nexus,
                 Attn: Bankruptcy,    PO Box 9201,   Old Bethpage, NY 11804-9001
5058251         E-mail/Text: bankruptcy@cavps.com Mar 09 2020 19:35:44      Cavalry Portfolio Serv,
                 PO Box 27288,    Tempe, AZ 85285-7288
5059296        +E-mail/Text: bankruptcy@cavps.com Mar 09 2020 19:35:45      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5058254        +E-mail/Text: jsanders@cksfin.com Mar 09 2020 19:35:29      Cks Financial,
                 505 Independence Parkway St,   Chesapeake, VA 23320-5178
5058255         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:23      Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    PO Box 18215,   Columbus, OH 43218
5058256         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:23      Comenitybk/bonton,
                 PO Box 182789,   Columbus, OH 43218-2789
5058257         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:23      Comenitycapital/boscov,
                 Comenity Bank,    PO Box 182125,   Columbus, OH 43218-2125
5058258         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:23      Comenitycb/boscov,
                 PO Box 182120,   Columbus, OH 43218-2120
5058259         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:23      Comenitycb/sahalie,
                 PO Box 182120,   Columbus, OH 43218-2120
5058262        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 09 2020 19:36:01
                 Credit Collection Services,    Two Wells Ave,   Newton, MA 02459-3246
5058263         E-mail/PDF: creditonebknotifications@resurgent.com Mar 09 2020 19:40:36      Credit One Bank,
                 ATTN: Bankruptcy,    PO Box 98873,   Las Vegas, NV 89193-8873
5058264         E-mail/PDF: creditonebknotifications@resurgent.com Mar 09 2020 19:40:36      Credit One Bank NA,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5058275         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 09 2020 19:35:18      Gm Financial,
                 PO Box 181145,   Arlington, TX 76096-1145
5058280         E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 09 2020 19:35:14      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
5058281         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:24      J.JILL,    PO Box 183003,
                 Columbus, OH 43218-3003
5058282         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 09 2020 19:35:43      Jefferson Capital Syst,
                 16 McLeland Rd,   Saint Cloud, MN 56303-2198
5058283         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2020 19:35:24      Kay Jewelers,
                 Attn: Bankruptcy,    PO Box 1799,   Akron, OH 44309-1799
5058286         E-mail/Text: bncnotices@becket-lee.com Mar 09 2020 19:35:08      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,   Milwaukee, WI 53201-3043
5058287        +E-mail/Text: bncnotices@becket-lee.com Mar 09 2020 19:35:08      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5078764         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2020 19:41:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5079029         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 09 2020 19:40:32      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5058293        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 09 2020 19:41:05      Merrick Bank Corp,
               PO Box 9201,    Old Bethpage, NY  11804-9001
5080983       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2020 19:35:34      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
5058294        E-mail/Text: mmrgbk@miramedrg.com Mar 09 2020 19:35:36      MiraMed Revenue Group,
               991 Oak Creek Dr,    Lombard, IL  60148-6408
5058295        E-mail/Text: MKnitter@monroecountypa.gov Mar 09 2020 19:35:42
               Monroe County Tax Claim Bureau,    Monroe County Administrative Building,
               1 Quaker Plz Ste 104,    Stroudsburg, PA  18360-2141
5058299       +E-mail/Text: Bankruptcies@nragroup.com Mar 09 2020 19:36:04      National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
5058300        E-mail/Text: bnc@nordstrom.com Mar 09 2020 19:35:12      Nordstrom FSB,
               ATTN: Bankruptcy Department,    PO Box 6555,    Englewood, CO  80155-6555
5058301        E-mail/Text: bnc@nordstrom.com Mar 09 2020 19:35:12      Nordstrom/Td Bank USA,
               13531 E Caley Ave,    Englewood, CO  80111-6504
5058310        E-mail/Text: monica.horner@pnc.com Mar 09 2020 19:35:04      Pnc Bank,
               Attn: Bankruptcy Department,    6750 Miller Road Mailstop Br,    Brecksville, OH  44141
5080577        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2020 19:40:54
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5058916       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2020 19:41:13
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5058305        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2020 19:35:31
               Pennsylvania Department Of Revenue,    P.O. Box 280946 Bankruptcy Division,
               Harrisburg, PA  17128-0946
5077077        E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2020 19:35:28
               Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5058330        E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2020 19:40:31      Syncb/Care Credit,
               950 Forrer Blvd,    Kettering, OH  45420-1469
5058331        E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2020 19:41:04      Synchrony Bank/Care Credit,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5062811        E-mail/Text: bkrcy@ugi.com Mar 09 2020 19:35:58      UGI Utilities Inc,    PO Box 13009,
               Reading PA 19612
5058334       +E-mail/Text: urologyassociates@verizon.net Mar 09 2020 19:35:51
               Urology Associates Of The Poconos Inc.,    422 Normal Street,    East Stroudsburg, PA 18301-2717
5058336        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 09 2020 19:33:42
               Verizon,    P.O. Box 920041,    Dallas, TX  75392-0041
5058341        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2020 19:41:09      Worlds Foremost Bank,
               4800 NW 1st St # 300,    Lincoln, NE  68521-4463
                                                                                               TOTAL: 49

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5058237*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court:   Americollect Inc.,     P.O Box 1566,    Manitowoc, WI  54221-0000)
5077729*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,     Dba GM Financial,
               P.O. Box 183853,    Arlington, TX 76096)
5138210*      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
5058241       ##Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
5058297       ##+Monroe Radiology Imaging P.C.,    P.O. Box 12B,    East Stroudsburg, PA 18301-4065
5058304       ##+Penn Credit Corp,    916 South 14th Street,    Harrisburg, PA 17104-3425
5058313       ##+Pocono Gastroenterology P.C.,    175 East Brown Street, Suite 115,
               East Stroudsburg, PA 18301-3098
                                                                                         TOTALS: 0, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Creditor   Borough of East Stroudsburg zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION pamb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    PNC Bank, National Association pamb@fedphe.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov
              Patrick James Best    on behalf of Debtor 1 Dennis Edward Fitzmaurice patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 2 Terry Lynn Fitzmaurice patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Robert J Kidwell, III    on behalf of Creditor   Borough of East Stroudsburg
               rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Thomas  Song    on behalf of Creditor    PNC Bank, National Association pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                         TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Dennis Edward Fitzmaurice : CHAPTER 13
      Terry Lynn Fitzmaurice :
       : CASE NO. 18-01919-RNO

## ORDER

AND NOW upon consideration of the Debtors' Motion to Dismiss, it is

ORDERED that the Motion is GRANTED and the Debtors' Chapter 13 case is DISMISSED.

Dated: March 9, 2020

By the Court,

_Robert N. Opel, II_ (signature)

Robert N. Opel, II, Bankruptcy Judge   BI